# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JGA DEVELOPMENT, LLC and
KINGSWAY BUILDERS, INC.,
a Michigan Corporation,

        Plaintiffs,

                                    CIVIL NO. 05-70984

v.                                 HON. LAWRENCE P. ZATKOFF

CHARTER TOWNSHIP OF FENTON,
a Michigan Municipal Corporation,

        Defendant.

_____/

## ORDER ALLOWING RESPONSE

On March 23, 2006, Defendant filed a motion for reconsideration. Pursuant to Local Rule 7.1(g)(2), no response is permitted unless allowed by the Court. The Court orders that Plaintiff, if it so desires, may respond to Defendant's motion for reconsideration no later than May 2, 2006.

IT IS SO ORDERED.

                                          s/Lawrence P. Zatkoff
                                          LAWRENCE P. ZATKOFF
                                          UNITED STATES DISTRICT JUDGE

Dated: April 17, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on April 17, 2006.

s/Marie E. Verlinde
Case Manager
(810) 984-3290